928

No. 809. TOMLEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Wallace Miller, Jr.* for petitioner. *Solicitor General Rankin* and *Beatrice Rosenberg* for the United States.

No. 817. LOO, TRUSTEE, v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *J. Garner Anthony* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Melva M. Graney* for the United States.

No. 700. DEAN ET AL. v. JELSMA, 355 U. S. 954;

No. 701. BENDIX AVIATION CORP. v. INDIANA DEPARTMENT OF STATE REVENUE, INDIANA REVENUE BOARD, INDIANA GROSS INCOME TAX DIVISION, 355 U. S. 607;

No. 202, Misc. BARNES v. NATIONAL BROADCASTING Co., INC., ET AL., 355 U. S. 604; and

No. 226, Misc. BARNES v. COLUMBIA BROADCASTING SYSTEM, INC., 355 U. S. 608. Petitions for rehearing denied.

No. 806. BOWDEN CONCRETE PRODUCTS, INC., ET AL. v. BESSER COMPANY. On petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit. Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court. *Caruthers Ewing* and *Irving W. Coleman* for petitioners. *Carl R. Henry* for respondent.

APRIL 14, 1958.

No. 11, Original. UNITED STATES v. LOUISIANA ET AL. In this case a total of thirteen hours is allowed for oral argument. The United States is allotted a total of six